# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| KODY KINZIE,<br><br>     Plaintiff,<br><br>vs.<br><br>VARONIS SYSTEMS, INC.,<br><br>     Defendant. | CV 25-195-M-WWM<br><br>ORDER REQUESTING SUPPLEMENTATION |

On February 12, 2026, Plaintiff Kody Kinzie ("Mr. Kinzie") filed his preliminary pretrial statement. (Doc. 13). Local Civil Rule 16.2(b)(1)(D) requires the statement to include "the legal theory underlying each claim or defense, including, where necessary to a reasonable understanding of the claim or defense, citations to authority." In Mr. Kinzie's statement he does not provide any citations to authority supporting his claim that he is entitled to relief based upon discrimination on the basis of retaliation. Additionally, Local Civil Rule 16.2(b)(1)(E) requires the statement to include a computation of damages. Mr. Kinzie did not provide any computation of damages as required, offering only categories of damages rather than specific figures or a defined range of numbers.

Accordingly, **IT IS HEREBY ORDERED** that Mr. Kinzie shall supplement his preliminary pretrial statement with (1) citations to authority that

support a legal cause of action based on discrimination on the basis of retaliation; and (2) a computation of damages.  The supplement shall be filed no later than the time set for the preliminary pretrial conference, February 20, 2026, at 10 a.m.

    The Clerk of Court is directed to notify the parties of the making of this Order.

    DATED this 18th day of February, 2026.

                                               WILLIAM W. MERCER
                                               UNITED STATES DISTRICT JUDGE